**[J-29-2019] [MO: Wecht, J.]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 26 WAP 2018 |
| | : | |
| Appellee | : | Appeal from the Order of the Superior |
| | : | Court entered February 14, 2018 at |
| | : | No. 158 WDA 2017, affirming the |
| v. | : | Order of the Court of Common Pleas |
| | : | of Somerset County entered |
| | : | December 22, 2016, at No. CP-56- |
| JEFFREY ALAN OLSON, | : | CR-0000544-2015 |
| | : | |
| Appellant | : | ARGUED:  April 10, 2019 |

**DISSENTING OPINION**

**JUSTICE DONOHUE**                              **DECIDED:  OCTOBER 31, 2019**

I join the Dissenting Opinion authored by Chief Justice Saylor in all respects other than the last paragraph, which addresses the possibility of waiver of a *Birchfield* claim.